

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 22, 2013**

*United States Bankruptcy Judge*

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Neil Thomas Stefansky, | § | |
| | § | Case no. 13-70310 |
| | § | Hearing Date: October 16, 2013 at 10:00 am |
| Debtor. | § | |

### ORDER LIFTING AUTOMATIC STAY

BEFORE ME came to be heard the motion of secured creditor Huntington National Bank, to lift the Stay in this bankruptcy regarding real property located at 3426 Marl Place, Columbus, OH 43221, and came Huntington National Bank; and the Debtor, although noticed through counsel as required by law, came not, but wholly made default; the Court, having considered the motion and exhibits on file herein, renders the following order:

IT IS ORDERED, ADJUDGED AND DECREED that the Stay shall be lifted in this bankruptcy with specific regard to the 3426 Marl Place, Columbus, OH 43221 described above, and Huntington National Bank is hereby granted the right to immediately pursue its remedies

under State law, including the execution of non-judicial foreclosure sale of the Property and eviction of Debtors, if necessary.

IT IS FURTHER ORDERED that, in the event Debtor's bankruptcy is dismissed and reinstated, or in the event Debtor's bankruptcy convert's to a different bankruptcy Chapter, this Order shall be considered a part of any such bankruptcy.

IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court.

.### END OF ORDER###

By: /s/ Sidney H. Scheinberg
Sidney H. Scheinberg, Esq.
State Bar No. 17736620
Godwin Lewis PC
5700 Granite Parkway, Suite 450
Plano, TX 75024
(214)939-4501; Fax (214)527-3116
Email: **Sid.Scheinberg@GodwinLewis.com**
Attorneys for Movant
Huntington National Bank