BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP        BDFTE# 00000003949179
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 386-5040

Attorney for WELLS FARGO BANK, N.A. AS SERVICING AGENT FOR US BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR MASTR ALTERNATIVE LOAN TRUST 2004-13 ITS ASSIGNS
AND/OR SUCCESSORS IN INTEREST

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 13-70310-HDH-7 |
| § | |
| NEIL THOMAS STEFANSKY, § | |
|    Debtor § | CHAPTER 7 |
| § | |
| WELLS FARGO BANK, N.A. AS § | |
| SERVICING AGENT FOR US § | |
| BANK NATIONAL ASSOCIATION, § | |
| AS TRUSTEE FOR MASTR § | |
| ALTERNATIVE LOAN TRUST § | |
| 2004-13 ITS ASSIGNS AND/OR § | |
| SUCCESSORS IN INTEREST, § | |
|    Movant § | HEARING DATE: 11/20/2013 |
| § | |
| v. § | TIME: 10:00 AM |
| § | |
| NEIL THOMAS STEFANSKY; and § | |
| SHAWN K. BROWN, Trustee § | |
|    Respondents § | JUDGE HARLIN D. HALE |

### AMENDED NOTICE OF HEARING AND
### CERTIFICATE OF SERVICE

NOTICE is hereby given that the hearing on Movant's Motion For Relief From Stay

has been reset. The new hearing date is November 20, 2013 at 10:00 AM.

The hearing will be held at:

**U.S. BANKRUPTCY COURT**
**1000 LAMAR ST.**
**ROOM 208**
**WICHITA FALLS, TX 76301**

I hereby certify that on October 23, 2013 a true and correct copy of the foregoing Amended

Notice of Hearing was served via electronic means as listed on the Court's ECF noticing

system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ MATTHEW HALE                                 10/23/2013
     MATTHEW HALE
     TX NO. 24073135
     15000 SURVEYOR BLVD SUITE 100
     ADDISON, TX 75001
     Telephone: (972) 386-5040
     Facsimile: (972) 661-7725
     E-mail:  NDECF@BDFGROUP.COM
     ATTORNEY FOR MOVANT

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTORS:
NEIL THOMAS STEFANSKY
2300 ROBERTS AVE
WICHITA FALLS, TX  76301

NEIL THOMAS STEFANSKY
3715 FAIRMOUNT AV NE
CANTON, OH  44705

TRUSTEE:
SHAWN K. BROWN
P.O. BOX 93749
SOUTHLAKE, TX  76092

US TRUSTEE:
1100 COMMERCE STREET, ROOM 976
EARLE CABELL FEDERAL BLDG
DALLAS, TX  75242

DEBTOR'S ATTORNEY:
MONTE J WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX  76301

PARTIES IN INTEREST:
STARK COUNTY AUDITOR
110 CENTRAL PLAZA SOUTH STE 22
CANTON, OH  44702

PARTIES REQUESTING NOTICE:
None